**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Timothy Stout, *on behalf of himself and all others similarly situated*, | Civil No. 24-2893 (DWF/DJF) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| MNGI Digestive Health, P.A., | |
| Defendant. | |

Based upon the Notice of Voluntary Dismissal filed by the Plaintiff on August 8, 2024, (Doc. No. [7]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

Dated: August 8, 2024

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge